# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Paul and Eva Arsenis        )
                                   )
                                   )    **Bankruptcy No.** 10 B 52386
                                   )
         **Debtor(s)**             )
                                   )
                                   )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:    See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __November 17, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, N. Neville Reid is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: October 14, 2011

In re: Paul and Eva Arsenis
Bankruptcy No. 10 B 52386

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on OCT 1 4 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

**Eileen M Sethna**
Chuhak & Tecson, PC
30 South Wacker Drive, Suite 2600
Chicago, IL 60606

*Trustee*
**N. Neville Reid**
Fox, Heftner et al
200 W. Madison Street
Suite 3000
Chicago, IL 60606

**U.S. Trustee**
**Patrick S. Layng**
**Office of the U.S. Trustee,**
**Region 11**
**219 South Dearborn St.**
**Room 873**
**Chicago, IL 60604**

### Served through First Clasee Mail

Paul and Eva Arsenis
8830 Marmora
Morton Grove, IL 60053